UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO 05-24325 |
| | | CHAPTER 13 |
| DARRELL W. ESTEP | | |
| | : | JUDGE J. VINCENT AUG |
| DEBTOR | | |
| | : | NOTICE OF TRANSMITTAL OF |
| | | UNCLAIMED FUNDS |

   Comes now the Chapter 13 Trustee, Margaret A. Burks, and places unclaimed funds into the Registry Fund pursuant to 11 U.S.C Section 347(a) and Federal Rule of Bankruptcy Procedure 3011.

   The Trustee has made numerous attempts to contact the creditor. Certification of Final Payment has been filed in this case. These Funds are now unclaimed.

| Check No. | Amount |
|---|---|
| 917294 | $377.92 |

Creditor(s)
CitiFinancial
474 Home Street
Suite B
Georgetown, Ohio 45121

                                        Respectfully submitted,

                                    /s/   Margaret A. Burks, Esq.
                                        Margaret A. Burks, Esq.
                                        Chapter 13 Trustee
                                        Attorney No. OH 0030377

                                        Francis J. DiCesare, Esq.
                                        Staff Attorney
                                        Attorney No. OH 0038798

                                        Karolina F. Perr, Esq.
                                        Staff Attorney
                                        Attorney No. OH 0066193

                                        600 Vine Street, Suite 2200
                                        Cincinnati, OH 45202
                                        (513) 621-4488
                                        (513) 621 2643 (Facsimile)
                                        mburks@cinn13.org - Correspondence only
                                        fdicesare@cinn13.org
                                        kperr@cinn13.org

CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing Notice of Transmittal of Unclaimed Funds was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this day, November 17, 2010.

                                                 /s/    Margaret A. Burks, Esq.
                                                       Margaret A. Burks, Esq.

CitiFinancial
474 Home Street
Suite B
Georgetown, Ohio 45121

Debtor(s) Counsel
KEEGAN & CO., L.P.A.
4440 GLENESTE-WITHAMSVILLE RD.
SUITE 350
CINCINNATI, OH  45245

Debtor(s)
DARRELL W. ESTEP
14120 BOYD ROAD
MOUNT ORAB, OH  45154

U.S. TRUSTEE
36 EAST SEVENTH STREET, SUITE 2030
CINCINNATI, OHIO 45202
 (service waived)

Registry_Deposit_for_Creditor